IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHEPARD WATSON | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv629 |
| G. MITCH WOODS | § | |

## MEMORANDUM OPINION

Plaintiff Shepard Watson, proceeding *pro se*, filed this civil rights action against several defendants.

The court notes plaintiff recently filed an identical complaint in *Watson v. Woods*, No. 1:05cv602, a lawsuit which remains pending before this court. As a result, it appears this lawsuit was submitted to the court by plaintiff in error and should be dismissed as improvidently filed. Any claims plaintiff may have regarding the subject matter of this complaint may be presented to the court in civil action number 1:05cv602. A Final Judgment shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this the 12 day of **October, 2005.**

Thad Heartfield
United States District Judge